**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**
Peter S. Pearlman
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax:  (201) 845-9423
 *psp@njlawfirm.com*
 *mfg@njlawfirm.com*

**HARTLEY LLP**
Jason S. Hartley
550 West C Street, Suite 1750
San Diego, CA 92101
Tel.:  (619) 400-5822
Fax:  (619) 400-5832
 *hartley@hartleyllp.com*

*Attorneys for Plaintiffs*

*[Additional Counsel Appear on Signature Page.]*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.U.E., INC., individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br><br> vs.<br><br>BASF AG; BASF CORP.; BAYER AG; BAYER CORP., COVESTRO AG; COVESTRO LLC; DOWDUPONT INC.; DOW CHEMICAL CO.; HUNTSMAN CORP.; HUNTSMAN INTERNATIONAL LLC.; LANXESS AG, LANXESS CO.; MCNS POLYURETHANES USA INC.; MITSUI CHEMICALS, INC.; MITSUI CHEMICALS AMERICA, INC.; MITSUI CHEMICALS & SKC POLYURETHANES, INC.; WANHUA CHEMICAL GROUP CO., LTD.; WANHUA CHEMICAL (AMERICA) CO. LTD.; WANHUA CHEMICAL US HOLDING, INC.,<br><br>      *Defendants.* | Case No.: 2:18-cv-11439-WHW-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS LANXESS AG, AND LANXESS CO. ONLY** |

No answer or motion for summary judgment having been filed, and no class having been certified, plaintiff hereby voluntarily dismisses this action as to defendants LANXESS AG and LANXESS CO. only, without prejudice and without costs or fees for or against any party.  This Notice of Voluntary Dismissal relates only to defendants LANXESS AG and LANXESS CO.  The matter shall remain pending against all other defendants.

Dated:  August 13, 2018

*/s/ Peter S. Pearlman*
Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423
psp@njlawfirm.com

Jason S. Hartley
HARTLEY LLP
500 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile:  (619) 400 5832
hartley@hartleyllp.com

Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
Email: ecramer@bm.net

Daniel J. Walker
BERGER & MONTAGUE, P.C.
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Facsimile:  (215) 875-4604
Email: dwalker@bm.net

        Vincent J. Esades
        HEINS MILLS & OLSON, P.L.C.
        310 Clifton Avenue
        Minneapolis, MN 55403
        Telephone: (612) 338-4605
        Facsimile:  (612) 338-4692
        vesades@heinsmills.com

        Daniel R. Karon
        KARON LLC
        700 W. St. Clair Ave, Ste 200
        Cleveland, OH 44113
        Telephone: (216) 622-1851
        dkaron@karonllc.com

        *Attorneys for Plaintiff*